UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **James Rutherford**, | |
| Plaintiffs, | Case No. 1:15-cv-01682 |
| v. | |
| **Jose Merlos**, **Jesse's Mexican Grill**, and **Fung Yee Tam**, | Honorable Jorge L. Alonso |
| Defendants. | |

# NOTICE OF DISMISSAL
# WITHOUT PREJUDICE

Plaintiff James Rutherford, through his attorneys (Jackson LLP), files this notice of dismissal *without* prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants have not served an answer or motion for summary judgment.

Respectfully Submitted,

JACKSON LLP


*[s] Connor D. Jackson*
Connor D. Jackson
Illinois ARDC No. 6317419
900 Chicago Avenue, Suite 104
Evanston, IL 60202
Tel: (847) 440-5028
Email: connor@jackson-legal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Connor D. Jackson, Jackson LLP, hereby certify that I provided service of this Notice on January 9, 2017, to the parties listed on the below Service List by U.S. Mail.

Signed,


*[s] Connor D. Jackson*
Connor D. Jackson
Attorney for Plaintiff


**Service List:**

Jose Merlos
6950 N. Western Ave.
Chicago, Il 60645

Jesse's Mexican Grill
6950 N. Western Ave.
Chicago, Il 60645

Fung Yee Tam
5628 N. Christiana
Chicago, IL 60659